**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P. A MINOR, BY HER GUARDIAN AD LITEM, LESAH MUTSCHELLER AND LESAH MUTSCHELLER,<br><br>Plaintiff,<br><br>v.<br><br>TEMECULA VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. EDCV 12-00177 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant and that Plaintiffs take nothing on their Complaint, and their action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 14, 2013

VIRGINIA A. PHILLIPS
United States District Judge